ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                              )
                                                        )
Magnificus Corporation                                  )    ASBCA No.  62431
                                                        )
Under Contract No.  HT0050-18-D-0033                    )
           T.O.  W81K00-19-F-0245                       )

APPEARANCES FOR THE APPELLANT:              Barbara A. Duncombe, Esq.
                                            Suzanne Sumner, Esq.
                                            Erin R. Davis, Esq.
                                            Brandon Dobyns, Esq.
                                              Taft Stettinius & Hollister LLP
                                              Dayton, OH


APPEARANCES FOR THE GOVERNMENT:             Scott N. Flesch, Esq.
                                              Army Chief Trial Attorney
                                            Sean M. Connolly, Esq.
                                              Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 21, 2020


_____
MICHAEL N. O'CONNELL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62431, Appeal of Magnificus Corporation, rendered in conformance with the Board's Charter.

Dated:  May 26, 2020


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals